1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7
8    UNITED STATES OF AMERICA,                    No. CR 03-0010 SI

9              Plaintiff,                         **ORDER GRANTING MOTION FOR
                                                  EARLY TERMINATION OF**
10       v.                                       **SUPERVISION**

11   RICHARD GLANDERS,

12             Defendant.
     _____/
13
14          Defendant Richard Glanders' motion for early termination of supervision is GRANTED.  The

15   Court finds that Mr. Glanders' performance during supervision has been exemplary; his cooperation

16   with his probation officer, Alan Ahlstrand, has been excellent; and his commitment to his own personal

17   recovery through AA and NA is genuine.  Therefore, Mr. Glanders' supervision, otherwise scheduled

18   to terminate on September 20, 2012, is terminated as of Friday, April 6, 2012.

19
20          **IT IS SO ORDERED.**

21
22   Dated: April 10, 2012
                                                  _____
23                                                SUSAN ILLSTON
                                                  United States District Judge
24
25
26
27
28